No. 81–1891. MORRISON-KNUDSEN CONSTRUCTION CO. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION

PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 820.] Motions of Shipbuilders Council of America, Alliance of American Insurers et al., National Association of Stevedores, National Council of Self-Insurers, and American Insurance Association for leave to file briefs as *amici curiae* granted.